UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: )<br>)<br>)<br>TANNERS CAFE, INC. )<br>    DEBTOR )<br>)<br>_____) | CHAPTER 11<br>CASE NO. 09-16656-JNF |
| IN RE: )<br>)<br>TANNERS CAFE, INC., )<br>    PLAINTIFF )<br>)<br>VS. )<br>)<br>CITY OF PEABODY AND THE )<br>ALCOHOLIC BEVERAGE CONTROL )<br>COMMISSION OF THE )<br>COMMONWEALTH OF MA )<br>_____) | ADVERSARY COMPLAINT<br>Adversary No. 09-01397 |

**ASSENTED TO MOTION TO CONTINUE HEARING**

Tanners Cafe, Inc., (the "Debtor"), respectfully requests that this Court enter an Order continuing the hearing on the Motion for Preliminary Injunction for thirty days. In support, the Debtor represents as follows:

1. The Debtor is in the process of obtaining and selling its liquor license.

2. It appears the process will be completed within the next few weeks.

3. The Commonwealth of Massachusetts assents to a continuance of the hearing as this matter appears to be well on its way to an amicable resolution.

WHEREFORE, Tanner Café, Inc. respectfully requests that this Court enter an Order:

(i) continue the hearing on the Motion for Preliminary Injunction for thirty days; and

        2

(ii) for such other relief as this Court may deem appropriate.

        Tanner Cafe, Inc.

        By its counsel,

        /s/ Herbert Weinberg
        Herbert Weinberg (BBO #550415)
        Rosenberg & Weinberg
        805 Turnpike Street
        North Andover, MA 01845
        (978) 683-2479
        hweinberg@jrhwlaw.com

Dated: February 16, 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>TANNERS CAFE, INC.<br>    DEBTOR | )<br>)<br>)   CHAPTER 11<br>)   CASE NO. 09-16656-JNF<br>)<br>)<br>) |
| IN RE:<br><br>TANNERS CAFE, INC.,<br>    PLAINTIFF<br><br>VS.<br><br>CITY OF PEABODY AND THE<br>ALCOHOLIC BEVERAGE CONTROL<br>COMMISSION OF THE<br>COMMONWEALTH OF MA | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   ADVERSARY COMPLAINT<br>)   Adversary No. 09-01397<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Assented to Motion to Continue Hearing was this day sent, by mailing, first class mail, postage prepaid or through the Court's ECF system to the following.

Gregory C. Demakis, Esq.
56 Central Street
Lynn, MA 01902
Counsel to Burton's Grill

Brian Barrett, Esq.
Antico, Barrett, Burke & Kornitsky, LLP
1 Essex Green Drive
Peabody, MA 01960
Counsel to the City of Peabody

City of Peabody
24 Lowell Street
Peabody, MA 01960

William Kelly, Esq./General Counsel
Alcoholic Beverage Control
Commission
239 Causeway Street
Boston, MA 02222
General Counsel to the ABCC

Paula Bachtell, Esq
Office of the U.S. Trustee
5 Post Office Square
Boston, MA 02109

Carl E. D'Angio, Jr., Esq.
D'Angio Law Office
11 Spring Street
Waltham, MA 02151

David Hadas, Esq.
Assistant Attorney General
Government Bureau
One Ashburton Place
Boston, MA 02108

Burtons Grill of Peabody, LCC
15 Main Street, Suite 201
North Reading, MA 01864

Thomas J. Barrett, Esq.
314 Essex Street
Salem, MA 01970

Signed under the penalties of perjury this 16th day of February 2010.

/s/ Herbert Weinberg
Herbert Weinberg (BBO #550415)
Rosenberg & Weinberg
805 Turnpike Street
North Andover, MA 01845
(978) 683-2479
hweinberg@jrhwlaw.com